UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEVATRON OLSON,<br>    Plaintiff<br><br>v.<br><br>COASTAL MARINE CONSTRUCTION, LLC.,<br>CASHMAN DREDGING AND MARINE<br>CONTRACTING, LLC., and STERLING<br>EQUIPMENT, INC.,<br>    Defendants | Civil Action No. 1:24-cv-10348-FDS |

## NOTICE OF WITHDRAWAL OF ROBERT J. MURPHY

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as attorney for the Defendants, Cashman Dredging and Marine Contracting Co., LLC, and Sterling Equipment, Inc. ("the Parties").

The Parties have conveyed that they are otherwise represented in this matter by counsel who will file their appearance in the near future.

                    Respectfully submitted,

                    The Defendants,
                    Cashman Dredging and Marine Contracting
                    Co., LLC and Sterling Equipment, Inc.,

                    By their attorneys,

                    */s/ Robert J. Murphy*
                    Robert J. Murphy, BBO# 557659
                    Holbrook & Murphy
                    238-240 Lewis Wharf
                    Boston, MA 02110
                    (617) 428-1151
                    rmurphy@holbrookmurphy.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 29, 2024, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                  */s/ Robert J. Murphy*
                                                  Robert J. Murphy, BBO# 557659
                                                  Holbrook & Murphy
                                                  238-240 Lewis Wharf
                                                  Boston, MA 02110
                                                  (617) 428-1151
                                                  rmurphy@holbrookmurphy.com